**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**HERMAN MUENNICHOW,**<br><br>Debtor,<br><br>_____<br><br>**HELANYNE MUENNICHOW,**<br><br>Appellant,<br><br>v.<br><br>**DAVID SEROR,**<br><br>Appellee. | Case Nos.: CV 21-07737-CJC<br><br>Bankruptcy Case Nos.: BK 17-10673-VK<br><br><br>**ORDER DISMISSING APPEAL OF BANKRUPTCY COURT'S ORDER** |

    Appellant Helanyne Muennichow appeals a denial from the Bankruptcy Court for the Central District of California on an application for authority to employ Caldwell Banker Residential Brokerage and Help-U-Sell Inland Valley as Real Estate Broker on

behalf of David Seror, the trustee, for the bankruptcy estate of Hermann Muennichow, the debtor. (Dkt. 1 at 4.) On September 29, 2021, Helanyne Muennichow filed a Notice of Appeal. (Dkt. 1.) That same day, the Bankruptcy Court filed a Notice Regarding Appeal, explaining the deadlines and requirements for the appeal. (Dkt. 3.) As relevant here, the Bankruptcy Court explained that Helanyne Muennichow "**must** file . . . **[a] designation of record,**" and a "**notice regarding the ordering of transcripts**" within 14 days of filing the notice of appeal. (Dkt. 3 at 1 [emphases in original].) The Bankruptcy Court further stated that "**[t]he failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal.**" (Dkt. 3 at 2 [emphasis in original].) The Bankruptcy Court's notice conforms to the Federal Rules of Bankruptcy Procedure, which require an appellant to serve and file with their brief excerpts of the record as an appendix. Fed. R. B. Proc. 8009, 8018(b).

Appellant failed to file excerpts of record. This is problematic not just as a technical failure to follow the rules. Absent these excerpts, the Court is unable to assess the merits of the appeal. Accordingly, the Court **DISMISSES** the appeal. *See, e.g.*, *In re Lou*, 116 F.3d 1486 (9th Cir. 1997) (finding no abuse of discretion where district court *sua sponte* dismissed appeal because party filed excerpts of record late); *Recinos v. MorEquity, Inc.*, 2012 WL 2503960, at *2 (D. Nev. June 28, 2012) (dismissing bankruptcy appeal for failure to file excerpts of record).

DATED:   January 7, 2022

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE